**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-24-00283-CR**
_____

**EX PARTE DANIEL TROY LEBLANC**

**On Appeal from the Criminal District Court**
**Jefferson County, Texas**
**Trial Cause No. 24DCCR0520**

**MEMORANDUM OPINION**

On August 14, 2024, Daniel Troy LeBlanc filed a notice of appeal from the denial of relief on a petition for a writ of habeas corpus for a reduction in bond. The clerk's record shows that LeBlanc posted bond on August 15, 2024. The State moved to dismiss the appeal. The appellant did not object to the suggestion of mootness.

An appeal of a denial of habeas corpus relief based on the inability to make bail is rendered moot when the appellant posts a surety bond and is released from custody. *Ex parte Guerrero*, 99 S.W.3d 852, 853 (Tex. App.—Houston [14th Dist.] 2003, no pet.).

1

Accordingly, we dismiss this appeal as moot.

APPEAL DISMISSED.

PER CURIAM

Submitted on August 27, 2024
Opinion Delivered August 28, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Chambers, JJ.

2